GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, SBN 132099
  tboutrous@gibsondunn.com
KATHERINE V.A. SMITH, SBN 247866
  ksmith@gibsondunn.com
LAUREN M. BLAS, SBN 296823
  lblas@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA  90071
Telephone:  213.229.7000
Facsimile:   213.229.7520

MICHELE L. MARYOTT, SBN 191993
  mmaryott@gibsondunn.com
MATTHEW T. SESSIONS, SBN 307098
  msessions@gibsondunn.com
3161 Michelson Drive
Irvine, CA  92612-4412
Telephone:  949.451.3800
Facsimile:   949.451.4220

Attorneys for Defendants
COGNIZANT TECHNOLOGY
SOLUTIONS CORPORATION and
COGNIZANT TECHNOLOGY
SOLUTIONS U.S. CORPORATION

KOTCHEN & LOW LLP
DANIEL LOW, SBN 218387
  dlow@kotchen.com
1745 Kalorama Road NW, Suite 101
Washington, DC  20009
Telephone:202.471.1995
Facsimile: 202.280.1128

Attorneys for Plaintiffs
CHRISTY PALMER, VARTAN
PIROUMIAN, and EDWARD COX

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHRISTY PALMER, VARTAN PIROUMIAN, and EDWARD COX,<br><br>Plaintiffs,<br><br>v.<br><br>COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION and COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION,<br><br>Defendants. | CASE NO. 17-CV-6848 DMG (PLAx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: September 19, 2017<br><br>Current Response Date: October 10, 2017<br><br>New Response Date: October 31, 2017 |

# STIPULATION

Defendants Cognizant Technology Solutions Corporation and Cognizant Technology Solutions U.S. Corporation ("Defendants") and Plaintiffs Christy Palmer, Vartan Piroumian, and Edward Cox ("Plaintiffs"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Defendants were served with the Complaint in the above-captioned action on September 19, 2017;

WHEREAS, Defendants' response to the Complaint is currently due on October 10, 2017;

WHEREAS, the Parties agree that Defendants shall have until October 31, 2017 to respond to the Complaint;

WHEREAS, Defendants have not obtained any prior extensions of time to respond to the Complaint.

**IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:**

1.      The deadline for Defendants to respond to the Complaint shall be October 31, 2017.

2.      This stipulation shall not preclude either party from seeking an additional extension of time.

1

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
Case No. 17-CV-6848 DMG (PLAx)

DATED:  October 6, 2017          GIBSON, DUNN & CRUTCHER LLP

By: */s/ Michele L. Maryott*
                                        Michele L. Maryott

Attorneys for Defendants

DATED:  October 6, 2017          KOTCHEN & LOW LLP

By: */s/ Daniel Low*
                                        Daniel Low

Attorneys for Plaintiffs

2

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
Case No. 17-CV-6848 DMG (PLAx)

## SIGNATURE ATTESTATION

The filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  October 6, 2017                    GIBSON, DUNN & CRUTCHER LLP


By: /s/   *Michele L. Maryott*
                    Michele L. Maryott

Attorneys for Defendants

102375847.1

---

3

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
Case No. 17-CV-6848 DMG (PLAx)