Daniel Low, SBN 218387
dlow@kotchen.com
**KOTCHEN & LOW LLP**
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
Telephone: (202) 471-1995
Fax: (202) 280-1128

Attorney for Plaintiffs

GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR. SBN
132099
  tboutrous@gibsondunn.com
KATHERINE V.A. SMITH, SBN 247866
  ksmith@gibsondunn.com
LAUREN M. BLAS, SBN 296823
  lblas@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA  90071
Telephone:  213.229.7000
Facsimile:   213.229.7520

MICHELE L. MARYOTT, SBN 191993
 mmaryott@gibsondunn.com
MATTHEW T. SESSIONS, SBN 307098
 msessions@gibsondunn.com
3161 Michelson Drive
Irvine, CA  92612-4412
Telephone:  949.451.3800
Facsimile:    949.451.4220
Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CHRISTY PALMER, VARTAN
PIROUMIAN, and EDWARD COX,

                    Plaintiffs,

        v.

COGNIZANT TECHNOLOGY
SOLUTIONS CORPORATION and,
COGNIZANT TECHNOLOGY
SOLUTIONS U.S. CORPORATION,

                    Defendants.

Case No. 2:17-cv-06848

**JOINT STIPULATION TO EXTEND
DEADLINES**

Hon. Dolly M. Gee

Case No. 2:17-cv-6848-DMG-PLA

JOINT STIPULATION TO EXTEND DEADLINES

## JOINT STIPULATION TO EXTEND DEADLINES

The parties jointly stipulate to postpone the deadlines for: the start of discovery; the parties' Rule 26(f) conference; and Plaintiffs' motion for class certification.

### I.    Background

Plaintiffs filed their Complaint in this matter on September 18, 2017, and served Defendants the following day. On October 31, 2017, Defendants filed a Motion to Dismiss, which is set for a hearing on December 15, 2017.

Pursuant to Rule 16 and Rule 26(f), the current deadline for the parties' Rule 26(f) conference is November 17, 2017, which would trigger the beginning of discovery. Defendants desire to postpone discovery until after a ruling on their pending motion to dismiss. Although Plaintiffs believe Cognizant's motion to dismiss lacks merit, they agree to postpone discovery: (i) to avoid unnecessary motions practice, as Cognizant views discovery as premature until the motion is decided; (ii) in light of Cognizant's willingness to participate in a Rule 26(f) conference by December 19; and (iii) in light of the fact that the hearing on the motion to dismiss is only a few weeks away.

### II.    Stipulation

Wherefore, the parties stipulate that: (1) discovery should be postponed until the Court issues a ruling on Defendants' pending motion to dismiss; and (2) the deadline for the parties to conduct a Rule 26(f) conference should be postponed until on or before December 19, 2017. The parties have agreed that, after a ruling on the motion to dismiss, the parties will present a proposed discovery schedule to the Court including a proposed deadline for Plaintiffs' class certification motion.

IT IS SO STIPULATED.

Dated: November 21, 2017

Respectfully submitted,

By: /s/Daniel Low
Daniel Low, SBN 218387
KOTCHEN & LOW LLP

Attorney for Plaintiffs


By: /s/ Michele L. Maryott
Michele L. Maryott, SBN 191993
GIBSON, DUNN & CRUTCHER LLP

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served today on all counsel of record by electronic service through the Court's CM/ECF filing system.

Dated: November 21, 2017                                    /s/Daniel Low
                                                           Daniel Low