# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CHRISTY PALMER, VARTAN PIROUMIAN, and EDWARD COX,

              Plaintiffs,

     v.

COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION and, COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION,

              Defendants.

Case No.: CV 17-6848-DMG (PLAx)

**ORDER RE JOINT STIPULATION TO EXTEND DEADLINES [17]**

This matter having come before the Court on the Joint Stipulation of the parties, IT IS HEREBY ORDERED that:

1. The parties' stipulation is premature, because it is the Court's practice to issue an Order setting a Scheduling Conference after a Defendant has filed an Answer and the case is at issue;

2. Discovery shall be postponed until the Court issues a ruling on Defendants' pending motion to dismiss;

3. The deadline for the parties to conduct a Rule 26(f) conference shall be postponed until such time as the Court issues the Order setting a Scheduling Conference, which shall set forth the required deadlines for the Rule 26(f) meeting of counsel and the filing of the parties' Joint Rule 26(f) Report; and

4. The deadline for Plaintiffs' class certification motion shall be set pursuant to the parties' stipulation or in the Court's Scheduling Order after review of the parties' Joint Rule 26(f) Report.  *See* Initial Standing Order at 5-6 [Doc. # 8].

IT IS SO ORDERED.

DATED:  November 22, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINES