UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHRISTY PALMER, VARTAN PIROUMIAN, and EDWARD COX,<br><br>Plaintiffs,<br><br>v.<br><br>COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION and COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION,<br><br>Defendants. | CASE NO. 17-CV-6848 DMG (PLAx)<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>Hon. Dolly M. Gee<br><br>Complaint Served: September 19, 2017<br><br>Trial Date: Not set |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED: September 24, 2019

*Paul L. Abrams*

HONORABLE PAUL L. ABRAMS

UNITED STATES MAGISTRATE JUDGE