**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTY PALMER, VARTAN PIROUMIAN, and EDWARD COX,<br><br>Plaintiffs,<br><br>v.<br><br>COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION and, COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION,<br><br>Defendants. | Case No. 2:17-cv-06848<br>CLASS ACTION<br><br>Deposition Notice Served:<br>October 2, 2020 |

### Plaintiffs' Amended Notice of Deposition to Cognizant Pursuant to Rule 30(b)(6)

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30(b)(6), Plaintiffs shall take the deposition upon oral examination of Cognizant Technology Solutions Corporation and Cognizant Technology Solutions U.S. Corporation ("Cognizant"), through one or more officers, directors, agents or other representatives who shall be designated to testify on Cognizant's behalf regarding all information known or reasonably available to Cognizant with respect to the subject matters identified in Exhibit A.

The deposition shall commence at 9:30 a.m. PST on October 16, 2020, via videoconference pursuant to Rule 30(b)(4). The deposition will be recorded by stenographic means and by videotape. Plaintiffs reserve the right to use the recorded deposition at trial pursuant to Federal Rule of Civil Procedure 32.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: October 2, 2020 | Respectfully Submitted, |
| 3 | | By: Daniel Kotchen |
| 4 | | Daniel Low, SBN 218387 |
| | | Daniel Kotchen (*pro hac vice*) |
| 5 | | Lindsey Grunert (*pro hac vice*) |
| 6 | | KOTCHEN & LOW LLP |
| | | 1745 Kalorama Road NW, Suite 101 |
| 7 | | Washington, D.C. 20009 |
| 8 | | (202) 471-1995 |
| | | (202) 280-1128 (fax) |
| 9 | | dlow@kotchen.com; |
| 10 | | dkotchen@kotchen.com; |
| | | lgrunert@kotchen.com |
| 11 | | |
| 12 | | *Attorneys for Plaintiffs* |

# Exhibit A

(1) The identity of all individuals who are not an employee of Cognizant or Gibson, Dunn & Crutcher that have been provided with Cognizant applicant, employee, staffing, benching, promotions, appraisal, and/or visa-related data (hereafter, "Cognizant data") since January 14, 2019, including each individual's name, employer, and when the individual received the Cognizant data.

(2) The substance and types of communications that exist between Cognizant and the individuals identified in Topic (1) regarding the Cognizant data.

(3) The most recent contact information available for Keith Mitchell.

# CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2020, the foregoing was served on Defendants Cognizant Technology Solutions Corporation and Cognizant Technology Solutions U.S. Corporation's counsel of record via email:

Theodore J. Boutrous, Jr.
tboutrous@gibsondunn.com

Katherine V.A. Smith
ksmith@gibsondunn.com

Lauren M. Blas
lblas@gibsondunn.com

Michele L. Maryott
mmaryott@gibsondunn.com

Matthew T. Sessions
msessions@gibsondunn.com

By: /s/Daniel Kotchen