GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR. SBN 132099
　tboutrous@gibsondunn.com
KATHERINE V.A. SMITH, SBN 247866
　ksmith@gibsondunn.com
LAUREN M. BLAS, SBN 296823
　lblas@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

MICHELE L. MARYOTT, SBN 191993
　mmaryott@gibsondunn.com
ELIZABETH A. DOOLEY, SBN 292358
　edooley@gibsondunn.com
MATTHEW T. SESSIONS, SBN 307098
　msessions@gibsondunn.com
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949.451.3800
Facsimile: 949.451.4220

Attorneys for Defendants
COGNIZANT TECHNOLOGY SOLUTIONS
CORPORATION and COGNIZANT TECHNOLOGY
SOLUTIONS U.S. CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHRISTY PALMER, VARTAN PIROUMIAN, and EDWARD COX,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION and COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION,<br><br>　　　　Defendants. | CASE NO. 17-CV-6848 DMG (PLAx)<br><br>**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**<br><br>**DECLARATION OF MICHELE L. MARYOTT IN SUPPORT OF DEFENDANTS' PORTION OF JOINT STIPULATION REGARDING DISCOVERY DISPUTES**<br><br>**Hearing:**<br>Date:　　December 23, 2020<br>Time:　　10:00 a.m.<br>Place:　　Telephonically<br>Judge:　　Hon. Paul L. Abrams |

1

# DECLARATION OF MICHELE L. MARYOTT

I, Michele L. Maryott, hereby declare as follows:

1. I am an attorney duly admitted to practice before this Court and all of the Courts of the State of California. I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, attorneys of record for Defendants Cognizant Technology Solutions Corporation, and Cognizant Technology Solutions U.S. Corporation (collectively, "Defendants") in the above-captioned action. I offer this declaration in support of Defendants' portion of the parties' Joint Stipulation Regarding Discovery Disputes.

2. On August 17, 2020, Cognizant produced documents relating to the EEOC pattern-or-practice investigation to Plaintiffs. The production was accompanied by a letter, a true and correct copy of which is attached as **Exhibit A**.

3. On June 10, 2020 this Court entered an Order, ECF No. 102, a true and correct copy of the unredacted version of which is attached as **Exhibit B.**

4. On September 18, 2020, Cognizant sent a letter to Plaintiffs' counsel, a true and correct copy of which is attached as **Exhibit C.**

5. On October 21, 2019, Plaintiffs' counsel sent an email noting that Plaintiffs would withdraw their Rule 30(b)(6) notice provided that Cognizant produce requested information, a true and correct copy of which is attached as **Exhibit D.**

6. In response to Plaintiffs' October 21, 2019 requests, Cognizant provided Plaintiffs with a myriad of information, including, as relevant to the present Joint Stipulation, an Excel spreadsheet on December 13, 2019, which Cognizant represented contained a list of the data fields available in the databases that Cognizant utilizes to maintain information.

7. During a meet-and-confer call on October 22, 2020, my colleagues and I informed Plaintiffs' counsel that Cognizant's consulting experts were only in receipt of the same putative class-wide data that had been previously produced to Plaintiffs.

8. As of November 24, 2020, Cognizant has produced to Plaintiffs: applicant data from its Taleo database; employee allocation data; employee year end appraisal score data, to the extent employees received year end appraisal scores; and the data previously produced to the EEOC that this Court's June 10, 2020 Order required Cognizant to produce. Cognizant is working on producing additional employee data from its PeopleSoft database.

[REDACTED]

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed in San Juan Capistrano, California, on November 24, 2020.

By: /s/ Michele L. Maryott
Michele L. Maryott

| | |
|---|---|
| 1 | **ATTESTATION UNDER LOCAL RULE 5-4.3.4(a)(2)(i)** |
| 2 | Pursuant to Civil L. R. 5-4.3.4(a)(2)(i), I attest that concurrence in the filing of |
| 3 | this document has been obtained from the signatory above. |
| 4 | By: <u>  /s/ Daniel Low                              </u> |
| 5 | Daniel Low |

4
DECLARATION OF MICHELE L. MARYOTT IN SUPPORT OF DEFENDANTS' PORTION OF
JOINT STIPULATION REGARDING DISCOVERY DISPUTES
Case No. 17-CV-6848 DMG (PLAx)