Daniel Low, SBN 218387
dlow@kotchen.com
Daniel Kotchen (*pro hac vice*)
dkotchen@kotchen.com
Lindsey Grunert (*pro hac vice*)
lgrunert@kotchen.com
**KOTCHEN & LOW LLP**
1918 New Hampshire Ave. NW
Washington, DC 20009
Telephone: (202) 471-1995
Fax: (202) 280-1128

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CHRISTY PALMER, VARTAN PIROUMIAN, EDWARD COX, and JEAN-CLAUDE FRANCHITTI,<br><br>Plaintiffs,<br><br>v.<br><br>COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION and COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION,<br><br>Defendants. | CASE NO. 17-CV-6848 DMG (PLAx)<br><br>**KOTCHEN DECLARATION IN SUPPORT OF JOINT STIPULATION REGARDING DISCOVERY DISPUTE**<br><br>Complaint Filed: September 18, 2017 |

Daniel Kotchen deposes and states as follows:

1. I am an attorney licensed to practice law in the District of Columbia and the State of Wisconsin. I am a partner with Kotchen & Low LLP, and represent the Plaintiffs in the above-captioned matter. I am over the age of eighteen and have personal knowledge of the matters stated herein.

2. Cognizant issued document requests to Plaintiffs Palmer, Piroumian, and Cox on September 30, 2019 and May 5, 2020, and to Plaintiff Franchitti on February 21, 2021. Plaintiffs began their rolling production of documents on November 19, 2019, with a total of thirteen productions made before the then-existing October 15, 2021 discovery cut-off.

3. While the bulk of Plaintiffs' ESI was produced in late 2019 and early 2020, on October 10, 2021, Plaintiffs supplemented their production pursuant to Rule 26, producing 3,786 documents. The vast majority of these documents (approximately 3,760 of the 3,786 documents) were emails from recruiters that had reached out to Plaintiff Piroumian since his initial document collection. The remaining documents were W-2s, paystubs, or tax returns documenting Plaintiffs' income since 2019.

4. Plaintiffs produced a redactions log, containing just three entries, on September 22, 2021, and a privilege log with 238 entries on October 10. There was some delay in producing the privilege log as the attorney assigned to the document review process is no longer with Plaintiffs' counsel's firm and Plaintiffs' counsel wanted to ensure that the privilege log was accurate.

5. The parties met and conferred regarding Plaintiffs' privilege log on November 12. During that call, the parties did not discuss Plaintiffs' redactions log.

6. Attached hereto are true and correct copies of the following documents:

- **Exhibit A**: Plaintiffs' Response to Cognizant's L.R. 37 Letter dated November 10, 2021 and attaching updated privilege log;
- **Exhibit B**: Plaintiffs' Second Updated Privilege Log, dated November 16, 2021;

- **Exhibit C:** ▮▮▮▮ EEOC Charge

Pursuant to L.R. 37-2.1, attached hereto as Exhibit D is a true and correct copy of the Court's initial Schedule of Pretrial & Trial Dates (Dkt. 75-1). Attached hereto as Exhibit E is a true and correct copy of the Court's February 19, 2020 Order Approving Joint Stipulation to Extend Case Deadlines (Dkt. 79). Attached hereto as Exhibit F is a true and correct copy of the Court's December 28, 2020 Order Approving Second Joint Stipulation to Extend Case Deadlines (Dkt. 143). Attached hereto as Exhibit G is a true and correct copy of the Court's August 19, 2021 Order re Plaintiffs' Motion to Extend Case Schedule (Dkt. 157).

DATED: November 24, 2021

By: /s/Daniel Kotchen
Daniel Kotchen

KOTCHEN DECL. IN SUPPORT OF JOINT STIP. RE: DISCOVERY DISPUTE
Case No. 17-CV-6848 DMG (PLAx)