GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR. SBN 132099
  tboutrous@gibsondunn.com
KATHERINE V.A. SMITH, SBN 247866
  ksmith@gibsondunn.com
LAUREN M. BLAS, SBN 296823
  lblas@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA  90071
Telephone:  213.229.7000
Facsimile:  213.229.7520

MICHELE L. MARYOTT, SBN 191993
  mmaryott@gibsondunn.com
ELIZABETH A. DOOLEY, SBN 292358
  edooley@gibsondunn.com
MATTHEW T. SESSIONS, SBN 307098
  msessions@gibsondunn.com
3161 Michelson Drive
Irvine, CA  92612-4412
Telephone:  949.451.3800
Facsimile:  949.451.4220

Attorneys for Defendants

KOTCHEN & LOW LLP
DANIEL LOW, SBN 218387
  dlow@kotchen.com
DANIEL KOTCHEN (*pro hac vice*)
  dkotchen@kotchen.com
LINDSEY GRUNERT (*pro hac vice*)
  lgrunert@kotchen.com
1918 New Hampshire Ave NW
Washington, DC 20009
Telephone:  202.471.1995
Facsimile:  202.280.1128

YADEGAR, MINOOFAR & SOLEYMANI LLP
NAVID SOLEYMANI, SBN 219190
  soleymani@ymsllp.com
NAVID YADEGAR, SBN 205315
  navid@ymsllp.com
1875 Century Park East, Suite 1240
Los Angeles, CA 90067
Telephone:  310.499.0140
Fax: 888.667.9576

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHRISTY PALMER, VARTAN PIROUMIAN, EDWARD COX, and JEAN-CLAUDE FRANCHITTI,<br><br>Plaintiffs,<br><br>v.<br><br>COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION and COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION,<br><br>Defendants. | CASE NO. 17-CV-06848 DMG (PLAx)<br><br>**JOINT STIPULATION AND REQUEST TO EXTEND PRE-TRIAL AND TRIAL DEADLINES**<br><br>Hon. Dolly M. Gee |

Plaintiffs Christy Palmer, Vartan Piroumian, Brian Cox, and Jean-Claude Franchitti ("Plaintiffs") and Defendants Cognizant Technology Solutions Corporation and Cognizant Technology Solutions U.S. Corporation ("Defendants" or "Cognizant") (collectively, "Parties") submit this Joint Stipulation and Request to extend all remaining pre-trial deadlines and the trial date to account for the continuance of the class certification hearing to September 9, 2022, *see* Dkt. 373, as well as to permit appropriate time to complete any necessary expert reports, disclosures, and discovery, to complete the settlement conference, and to complete all other pre-trial deadlines and conferences following a decision on class certification.

This stipulation is made pursuant to Federal Rules of Civil Procedure 6 and 16 and Paragraph 10 of the Court's Initial Standing Order, which allows for modification of a Court-ordered deadline for good cause. *See* Judge Dolly M. Gee's Initial Standing Order ¶ 10 ("a stipulation to continue or extend the date of any matter before this Court **must** be supported by a sufficient factual basis that demonstrates good cause why the change in the date is essential"). Good cause is satisfied here.

On January 4, 2022, the Court entered an Order granting Plaintiffs' second motion to Extend the Case Schedule, scheduling the hearing on Plaintiffs' Motion for Class Certification on July 22, 2022. *See* Dkt. 237. This Order scheduled an initial trial date of January 3, 2023 and set all other pre-trial deadlines in relation to the trial date, including all deadlines related to Plaintiffs' motion for class certification. *See id*. Plaintiffs filed their motion for class certification on May 13, 2022, with a hearing set for July 22, 2022.

On July 12, 2022, the Court *sua sponte* continued the hearing on Plaintiffs' Motion for Class Certification from July 22, 2022 to July 29, 2022. *See* Dkt. 333. Following this Order, Defendants filed an *Ex Parte* Application to Continue the July 29, 2022 Hearing Date for Plaintiffs' Motion for Class Certification (Dkt. 256), Defendants' Motion for Partial Summary Judgment (Dkt. 266), Defendants' *Daubert* Motions (Dkts. 281, 285), and Plaintiffs' Motion for Sanctions (Dkt. 298). *See* Dkt. 363. On July 22,

2022, the Court granted Defendants' *Ex Parte* Application, continuing the July 29, 2022 hearings to August 26, 2022. *See* Dkt. 365. On August 23, 2022, Plaintiffs filed an unopposed *Ex Parte* application to continue the dates for the aforementioned hearings to September 9, 2022. Dkt. 371. On August 25, 2022, the Court granted Plaintiffs' *Ex Parte* application to continue the hearings to September 9, 2022.[1] Dkt. 373. On September 9, 2022, the Court heard argument on the aforementioned motions and subsequently took them under submission. Dkt. 374. In total, these continuances pushed the hearing on Plaintiffs' Motion for Class Certification seven weeks past the original date set in the January 4, 2022 Order.

On September 23, 2022, the Parties filed a joint stipulation to extend the then-close-approaching pre-trial deadlines (those related to experts and settlement). On September 27, 2022, the Court granted the Parties' joint stipulation and set an initial expert disclosure deadline of October 28, 2022; a rebuttal expert disclosure deadline of November 18, 2022; an expert discovery cut-off deadline of December 9, 2022; a settlement conference completion deadline of December 12, 2022; and a joint status report regarding settlement deadline of December 19, 2022. At the time, the Parties did not request that the Court alter the remaining pre-trial deadlines or trial date, which currently include a pre-trial document submissions deadline of November 8, 2022; motions in limine deadline of November 8, 2022; an oppositions to motions in limine deadline of November 11, 2022; a final pretrial conference date of November 29, 2022; and a trial date of January 3, 2023. Given that the trial and all pre-trial deadlines are quickly approaching, the Parties jointly request that the Court continue the trial date and related pre-trial deadlines.

As explained in the accompanying Declaration of Katherine V.A. Smith ("Smith Decl."), good cause exists to continue the trial date and all pre-trial deadlines to correspond with the Court's continuances of the hearing on Plaintiffs' Motion for Class

---

[1] That same day, the Court also issued an Order continuing expert-related deadlines. Dkt. 372.

Certification and to await the Court's decision on the Motion. Prior to the Court's continuances of the class certification hearing and the Court taking Plaintiffs' Motion under submission after the hearing, the trial was set to commence almost six months after the Motion was heard and an Order issued, allowing the Parties ample time to complete all remaining expert discovery, settlement discussions, and pre-trial work. Now, trial is set to commence in less than three months from the date of this stipulation.

Accordingly, the Parties stipulate and jointly request to continue the trial date and all pre-trial deadlines to account for the continuances of the class certification hearing and the fact that the class certification motion remains under submission.

| Scheduled Event | Current Deadline | Stipulated Extension |
|---|---|---|
| Initial Expert Disclosure & Report Deadline | 10-28-2022 | 12-9-2022 |
| Rebuttal Expert Disclosure & Report Deadline | 11-18-2022 | 1-6-2023 |
| Expert Discovery Cut-Off (includes hearing of discovery motions) | 12-9-2022 | 1-27-2023 |
| Settlement Conference Completion Date | 12-12-2022 | 2-3-2023 |
| Joint Status Report re Settlement | 12-19-2022 | 2-10-2023 |
| Pre-Trial Document Submissions Deadlines<br>  1. Proposed Pretrial Conference Order<br>  2. Contentions of Fact/Law | 11-8-2022 | 4-18-2023 |

|  |  |  |
|---|---|---|
| 3. Pretrial Exhibit Stipulation<br>4. Joint Exhibit List<br>5. Witness Lists & Joint Trial Witness Time Estimate Form<br>6. Agreed Statement of the Case<br>7. Proposed Voir Dire Questions<br>8. Joint Statement of Jury Instructions & Joint Statement of Disputed Instructions<br>Verdict Forms |  |  |
| Motions in Limine Filing Deadline | 11-8-2022 | 4-18-2023 |
| Oppositions to Motions in Limine Filing Deadline | 11-11-2022 | 5-2-2023 |
| Final Pretrial Conference | 11-29-2022 | 5-16-2023 |
| Trial (4 weeks) | 1-3-2023 | 6-20-2023 |

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: October 21, 2022 | GIBSON, DUNN & CRUTCHER LLP |

By: */s/Michele L. Maryott*
Michele L. Maryott

Attorney for Defendants

DATED: October 21, 2022        KOTCHEN & LOW LLP

By: */s/Daniel Kotchen*
Daniel Kotchen

Attorney for Plaintiffs

## ATTESTATION UNDER LOCAL RULE 5-4.3.4(a)(2)(i)

Pursuant to Civil L. R. 5-4.3.4(a)(2)(i), I attest that concurrence in the filing of this document has been obtained from each of the signatories above.

By:  */s/Michele L. Maryott*
Michele L. Maryott

105801755.2