

FILED
CLERK, U.S. DISTRICT COURT
OCT - 4 2024
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN COX and VARTAN PIROUMIAN,<br><br>  Plaintiffs,<br><br>  v.<br><br>COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION and COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION,<br><br>  Defendants. | Case No. CV 17-6848-DMG (PLAx)<br><br>**VERDICT FORM** |

    We, the jury, unanimously render the following verdict in accordance with the instructions provided by the Court. As used herein, "Cognizant" refers to Defendants Cognizant Technology Solutions Corporation and Cognizant Technology Solutions U.S. Corporation.

**Question No. 1:** Did Plaintiffs prove by a preponderance of the evidence that Cognizant engaged in a pattern or practice of intentional discrimination against:

    a. non-South Asian employees on the basis of race who were terminated from the bench?

        __X__ Yes  _____ No

    b. non-Indian employees on the basis of national origin who were terminated from the bench?

        __X__ Yes  _____ No

If you answered "YES" to either or both Question 1(a) and Question 1(b), answer the following question. If you answered "NO" to both Question 1(a) and Question 1(b), skip the following question and sign and date the verdict form.

**Question No. 2:** Does Cognizant's conduct meet the standard for punitive damages as set forth in the jury instructions?

        __X__ Yes  _____ No

Sign and date the verdict form.

DATED: 10/4/24



REDACTED BY THE COURT

Presiding Juror