Daniel Low, SBN 218387
dlow@kotchen.com
Daniel Kotchen (*pro hac vice*)
dkotchen@kotchen.com
Lindsey Grunert (*pro hac vice*)
lgrunert@kotchen.com
Mark Hammervold
mhammervold@kotchen.com (*pro hac vice*)
Amanda Burns
aburns@kotchen.com (*pro hac vice*)
**KOTCHEN & LOW LLP**
1918 New Hampshire Ave. NW
Washington, DC 20009
Telephone: (202) 471-1995
Fax: (202) 280-1128

*Attorneys for Plaintiffs and the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CHRISTY PALMER, VARTAN PIROUMIAN, BRIAN COX, and JEAN-CLAUDE FRANCHITTI,<br><br>Plaintiffs,<br><br>v.<br><br>COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION and COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION,<br><br>Defendants. | CASE NO. 17-CV-6848 DMG (GJSx)<br><br>**DECLARATION OF MARK HAMMERVOLD IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR AWARD OF INTERIM FEES AND EXPENSES**<br><br>Hearing Date: January 10, 2025<br>Time: 10:00 a.m.<br>Place: Courtroom 8C<br>Judge: Hon. Dolly M. Gee |

Mark Hammervold deposes and states as follows:

1. I am an attorney licensed to practice law in Tennessee, Florida, and Illinois. I am Of Counsel with Kotchen & Low LLP, and represent Plaintiffs and the Class in the above-captioned matter. I am over the age of eighteen and have personal knowledge of the matters stated herein. I submit this additional Declaration in further support of Plaintiffs' Motion for Award of Interim Fees and Expenses, to outline information about my education and professional experience, and to testify to other facts in support of Plaintiffs' Motion.

2. I reviewed my time entries based on the concerns raised by Cognizant.

3. As a result of Cognizant's concerns, I went through my time entries and replaced initials with full names.

4. In its response, Cognizant identified a counting error I had made in tabulating the daily total hours from multiple specific time entries that day. Dkt. 699 at 17. This was inadvertent. I have since gone through my timesheet and identified and corrected several other inadvertent tabulation errors. Some of those errors resulted in undercounting hours. There was no consistent pattern, and the corrections did not materially change my total number of hours.

5. I also went through my contemporaneous time records and removed or reduced sixteen entries as a matter of billing judgment, even though those entries were accurate and properly reflected time I spent working on this case for the benefit of the

Class. In so doing, I reduced my time billed by 22.1 total hours (not including corrections to undercounting or overcounting hours).

6. On October 7, 2022, I recorded a billing entry of 0.1 hours for "emails with local counsel." After Cognizant criticized this billing entry as "vague" in its response and suggested it was otherwise improper because the emails were exchanged some time after the case was originally filed. I went back and reviewed the referenced emails. Our local counsel, Navid Soleymani, filed my *pro hac vice* application on August 18, 2022. Dkt. 368. The October 7, 2022 emails with Mr. Soleymani were a follow-up discussion regarding that *pro hac vice* application. While I believe my time entry was appropriate, I nonetheless have removed it from my revised spreadsheet as a matter of billing judgment.

7. I also reviewed my time entries to ensure that there were no entries related exclusively to hiring or promotions.

DATED: December 20, 2024                    By: s/Mark Hammervold