# Exhibit B

**Kotchen & Low LLP**                                                                 Daniel Kotchen <dkotchen@kotchen.com>

## Palmer v. Cognizant--meet-and-confer next steps

**Smith, Katherine V.A.** <KSmith@gibsondunn.com>                                    Thu, Apr 23, 2020 at 4:04 PM
To: Lindsey Grunert <lgrunert@kotchen.com>, "Dooley, Elizabeth A." <EDooley@gibsondunn.com>, Daniel Kotchen <dkotchen@kotchen.com>
Cc: Mike von Klemperer <mvonklemperer@kotchen.com>, "Maryott, Michele L." <MMaryott@gibsondunn.com>, "Blas, Lauren M." <LBlas@gibsondunn.com>, "Sessions, Matthew" <MSessions@gibsondunn.com>, Daniel Low <dlow@kotchen.com>, "Polansky, John" <JPolansky@gibsondunn.com>, "Raia, Brittany A." <BRaia@gibsondunn.com>

Lindsey,

We do not consent to your filing of the joint stipulation with your changes. Under the Local Rules, you are not permitted to add additional language to the joint stipulation once we have provided our portion. Local Rule 37-2.2 clearly states: "After the opposing party's material is added to the stipulation by the moving party's counsel, the stipulation must be provided to opposing counsel, who must sign it (electronically or otherwise) and return it to counsel for the moving party no later than the end of the next business day, so that it can be filed with the notice of motion." At no point in the Rule is the moving party provided an opportunity to provide additional language or argument. Indeed, the rule would make little sense if it allowed the moving party to edit its portion of the joint stipulation *after* receipt of the opposing party's portion but prior to filing. That would have the consequence of rendering certain arguments made by the opposing party either moot or nonsensical. If you wish to consider this a "new" joint stipulation, that of course restarts our seven-day period to respond. Please advise.

Katherine

---

**From:** Lindsey Grunert <lgrunert@kotchen.com>
**Sent:** Thursday, April 23, 2020 12:13 PM
**To:** Dooley, Elizabeth A. <EDooley@gibsondunn.com>; Daniel Kotchen <dkotchen@kotchen.com>
**Cc:** Smith, Katherine V.A. <KSmith@gibsondunn.com>; Mike von Klemperer <mvonklemperer@kotchen.com>; Maryott, Michele L. <MMaryott@gibsondunn.com>; Blas, Lauren M. <LBlas@gibsondunn.com>; Sessions, Matthew <MSessions@gibsondunn.com>; Daniel Low <dlow@kotchen.com>; Polansky, John <JPolansky@gibsondunn.com>; Raia, Brittany A. <BRaia@gibsondunn.com>
**Subject:** Re: Palmer v. Cognizant--meet-and-confer next steps

[External Email]

Counsel,

Attached, please find a red line version of the Joint Stipulation with additional changes made by Plaintiffs. I have also attached the Notice of Motion and Michele's declaration with Dan Kotchen's signature, which we'll PDF for filing.

Please note that we'd like to get this on file ASAP, as we have child care responsibilities and will not be available to file the Joint Stipulation late tonight. If Cognizant has no further changes, please add Michele's signature and return the document to us. We can accept the red lines on our end.

Thanks,

Lindsey