# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTY PALMER, et al.<br><br>PLAINTIFF(S),<br><br>v.<br><br>COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:17−cv−06848−DMG−GJSx<br><br>**NOTICE OF REASSIGNMENT OF CASE DUE TO UNAVAILABILITY OF JUDICIAL OFFICER** |

To: All Counsel Appearing of Record

The Magistrate Judge to whom the above−entitled case was previously assigned is no longer available.

YOU ARE HEREBY NOTIFIED that, pursuant to directive of the Chief U. S. District Judge/Magistrate Judge and in accordance with the rules of this Court, the above−entitled case has been returned to the Clerk for random reassignment.

Accordingly, this case has been reassigned to:

Hon. __Charles F. Eick__, Magistrate Judge for:

any discovery and/or post−judgment matters that may be referred

Please substitute the initials of the newly assigned Magistrate Judge so that the new case number will read: __2:17−cv−06848−DMG−Ex__. This is very important because documents are routed by the initials.

Clerk, U.S. District Court

__August 26, 2025__
Date

By: __/s/ *Rebeca D Olmos*__
Deputy Clerk