1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTY PALMER, VARTAN PIROUMIAN, BRIAN COX, and JEAN-CLAUDE FRANCHITTI<br><br>Plaintiffs,<br><br>v.<br><br>COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION and, COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION,<br><br>Defendants. | Case No. 2:17-cv-06848 DMG (Ex)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SET DEADLINE FOR PAYMENT OF INTERIM FEES AND EXPENSES, AND FOR ADDITIONAL INTEREST AND FEES**<br><br>Hon. Dolly M. Gee |

Case No. 2:17-cv-6848-DMG-GJS

[PROPOSED] ORDER

Having considered Plaintiffs' Motion to Set Deadline for Payment of Interim Fees and Expenses, and for Additional Interest and Fees, Plaintiffs' Motion is hereby GRANTED. Defendants Cognizant Technology Solutions Corporation and Cognizant Technology Solutions U.S. Corporation ("Cognizant") are hereby ORDERED to pay Plaintiffs interest at the 7.75% prime rate on the $716,122.50 in expenses that the Court previously awarded in its Order Re Plaintiffs' Motion for Interim Attorneys' Fees ("Fee Order") (Dkt. 713), totaling $55,499.49 in interest (for a combined total of $771,621.99 in expenses and interest), to compensate Plaintiffs for the delay in payment from the time they filed their fee motion (Dkt. 688) until the date of the Court's Fee Order (Dkt. 713).

Cognizant is ORDERED to pay interest on the entire award of $15,704,680.70 in interim fees and $771,621.99 in interim expenses at the 7.75% prime rate, i.e., $3,498.39 per day in interest, from the December 5, 2025 date of the Court's Fee Order until the date of payment by Cognizant.

Cognizant is ORDERED to pay Plaintiffs for the fees they incurred in bringing the present motion, in the amount of $____.

Finally, Cognizant is ORDERED to wire to Plaintiffs' counsel the full amount owed to Plaintiffs, including interest, within seven days of this Order.

**IT IS SO ORDERED**

Dated: _____

Hon. Dolly M. Gee
United States District Judge