UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES—GENERAL**

| Case No. | **CV 17-06848-DMG (Ex)** | Date | May 29, 2026 |
|---|---|---|---|

| Title | ***Christy Palmer, et al. v. Cognizant Technology Solutions Corporation, et al.*** | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Derek Davis | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Daniel Low | Theodore Boutrous, Jr. |
| Daniel Kotchen | Elizabeth Dooley |
| | Lauren Blas |
| | Oliver Rocos |
| | Ekan E. Rhow |
| | Miri E. Gold |

**Proceedings: Motion for Order for Adoption of Plaintiffs' Proposed Phase Two Procedures [733]**

**Motion for Order for The Court to Adopt Cognizant's Proposed Phase Two Procedures [734]**

The Court invites counsel to respond to the tentative ruling on the Motions. Following oral argument, the Court advises counsel that the motions are taken under submission and a written order will issue. Counsel is ordered to file a Joint Status Report by June 19, 2026 with their joint proposed special master or separate nominations for a special master.

0:05

| CV-90 | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk DD |
|---|---|---|