GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR. SBN 132099
tboutrous@gibsondunn.com
KATHERINE V.A. SMITH, SBN 247866
ksmith@gibsondunn.com
LAUREN M. BLAS, SBN 296823
lblas@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA  90071
Telephone:  213.229.7000
Facsimile:   213.229.7520

MICHELE L. MARYOTT, SBN 191993
mmaryott@gibsondunn.com
ELIZABETH A. DOOLEY, SBN 292358
edooley@gibsondunn.com
AMBER D. MCKONLY, SBN 317117
amckonly@gibsondunn.com
3161 Michelson Drive
Irvine, CA  92612-4412
Telephone:  949.451.3800
Facsimile:    949.451.4220

Attorneys for Defendants

KOTCHEN & LOW LLP
DANIEL LOW, SBN 218387
dlow@kotchen.com
DANIEL KOTCHEN (*pro hac vice*)
dkotchen@kotchen.com
LINDSEY GRUNERT
(*pro hac vice*)
lgrunert@kotchen.com
1918 New Hampshire Ave. NW
Washington, DC 20009
Telephone: 202.471.1995
Facsimile:   202.280.1128

YADEGAR, MINOOFAR &
SOLEYMANI LLP
NAVID SOLEYMANI, SBN 219190
soleymani@ymsllp.com
NAVID YADEGAR, SBN 205315
navid@ymsllp.com
1875 Century Park East, Suite 1240
Los Angeles, CA 90067
Telephone:  310.499.0140
Facsimile:  888.667.9576

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHRISTY PALMER, VARTAN PIROUMIAN, BRIAN COX, and JEAN-CLAUDE FRANCHITTI, <br><br> Plaintiffs, <br><br> v. <br><br> COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION and COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION, <br><br> Defendants. | CASE NO. 17-CV-6848 DMG(Ex) <br><br> **JOINT STATUS REPORT REGARDING SCHEDULING OF TRIAL OF PLAINTIFFS' INDIVIDUAL NON-CLASS CLAIMS AND APPOINTMENT OF THE PARTIES' JOINT PROPOSED SPECIAL MASTER** |

Pursuant to the Court's May 28, 2026 Order (Dkt. 749), Plaintiffs Palmer, Piroumian, Cox, and Franchitti ("Plaintiffs") and Defendants Cognizant Technology Solutions Corporation and Cognizant Technology Solutions U.S. Corporation ("Cognizant") conferred regarding a trial of Plaintiffs' individual, non-class claims. The parties agree that five days will be needed to try Plaintiffs' individual claims, and the parties are available for a trial starting December 7, 2026. Accordingly, the Parties request that a five-day trial be set to commence on December 7.

Pursuant to the Court's May 29, 2026 Order (Dkt. 751), the parties conferred regarding the appointment of a Special Master. The parties agree that the Honorable Michael R. Wilner (retired) would be suitable for appointment. Judge Wilner served as a U.S. Magistrate Judge in this District for over 13 years, until 2024, and is currently affiliated with JAMS. *See* https://www.jamsadr.com/neutrals/wilner.

The parties have obtained a declaration from Judge Wilner pursuant to Fed. R. Civ. P. 53(b)(3)(A) attesting that he does not have any conflicts. *See* Ex. A. JAMS has requested that any appointment order include the following:

- Name of referee:
- Cite appointment pursuant to federal rule
- Scope of the assignment
- Compensation of the referee and the JAMS administrative fees
- Fee split (which parties will be responsible for payment)
- Reporting and timing mechanisms

JAMS' fee schedule is attached hereto as Exhibit B.

The parties therefore request that Judge Wilner be appointed Special Master for the purpose outlined in the Court's May 29, 2026 Order.

DATED: June 13, 2026                **KOTCHEN & LOW LLP**

JOINT STATUS REPORT REGARDING TRIAL OF PLAINTIFFS' NON-CLASS CLAIMS AND
PROPOSED SPECIAL MASTER
Case No. 17-CV-6848 DMG (Ex)

By: /s/Daniel Low
Attorney for Plaintiffs and the Class

DATED: June 13, 2026        **GIBSON, DUNN & CRUTCHER LLP**


By: */s/Michele Maryott*
Michele Maryott

Attorney for Defendants


## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2), I attest that concurrence in the filing of this document has been obtained from the other signatories.


DATED:  June 13, 2026                    By: */s/*Daniel Low
                                             Daniel Low