UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 17-6848-DMG (Ex)** | Date | June 23, 2026 |
| --- | --- | --- | --- |

| Title | ***Christy Palmer, et al. v. Cognizant Technology Solutions Corp., et al.*** | Page | **1** of **1** |
| --- | --- | --- | --- |

Present: The Honorable    DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE

| DEREK DAVIS | NOT REPORTED |
| --- | --- |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
| --- | --- |
| None Present | None Present |

**Proceedings:  IN CHAMBERS—ORDER ON JOINT STATUS REPORT RE PROPOSED SPECIAL MASTER [753]**

Pursuant to the Court's May 29, 2026 Order [Doc. # 751], the parties filed a Joint Status Report on June 13, 2026 reflecting their agreement to select the Honorable Michael R. Wilner (Ret.) as Special Master [Doc. # 753].

The Court **APPROVES** the parties' selection.  The parties shall prepare a proposed order appointing Judge Wilner as Special Master under Federal Rule of Civil Procedure 53(a)(1)(A) and (C), for the purposes outlined in the Court's May 29, 2026 Order.  The proposed appointment order should set forth the terms of his engagement and include the information requested by JAMS.  The parties shall file the proposed order by **July 2, 2026**.

**IT IS SO ORDERED.**

---

| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk DD |
| --- | --- | --- |