JAMS®

FILED
CLERK, U.S. DISTRICT COURT
August 11, 2026
CENTRAL DISTRICT OF CALIFORNIA
BY: DD DEPUTY

NOTICE TO ALL PARTIES

August 11, 2026

USDC No: CV 17-6848-DMG (Ex)

Re: **Palmer, Christy, et al. vs. Cognizant Technology, et al.**
Ref. No.: 7210000441

Dear Parties:

Hon. Michael R. Wilner (Ret.) has been selected to serve as a arbitrator in another case in which Bird Marella Rhow, et al. is involved. The Arbitrator believes that neutrality in the current case can be maintained while participating in the new case.

Please call me at 310-309-6228 if you have any questions.

Sincerely,

Claudia Barrios

Claudia Barrios
Case Manager
CBarrios@jamsadr.com
Direct: 310-309-6228