UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 17-6848-DMG (Ex)** | Date | September 11, 2026 |
| Title | ***Christy Palmer, et al. v. Cognizant Technology Solutions Corp., et al.*** | Page | **1** of **2** |

Present: The Honorable DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| DEREK DAVIS | NOT REPORTED |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER SETTING TRIAL DATE AND RELATED DATES AND DEADLINES FOR PLAINTIFFS' INDIVIDUAL CLAIMS**

On May 28, 2026, the Court denied Defendants' Motion to Sever or, in the Alternative, for Separate Trials for Plaintiffs' individual non-class claims. [Doc. # 749.] The Court ordered the parties to meet and confer and file a joint status report with available dates for trial in 2026. *Id.* at 8.[1] The parties filed a joint status report requesting a trial date of December 7, 2026, with a trial time estimate of five days. [Doc. # 753.]

The Court hereby sets the jury trial date for Plaintiffs Christy Palmer, Vartan Piroumian, Brian Cox, and Jean-Claude Franchitti's individual non-class claims on **Tuesday, December 8, 2026 at 8:30 a.m.** The Final Pretrial Conference will be held on **Tuesday, November 10, 2026 at 2:00 p.m.**

The Court **ORDERS** the following related dates and deadlines:

| | |
|---|---|
| Deadline to Complete Supplemental Discovery[2] | October 12, 2026 |
| Settlement Conference Completion Date | October 13, 2026 |
| Status Report re Settlement | October 20, 2026 |
| Motions in Limine Filing Deadline | October 20, 2026 |
| Opposition to Motions in Limine Filing Deadline | October 27, 2026 |
| Status Report re Settlement | October 20, 2026 |
| Proposed Pretrial Conference Order | October 20, 2026 |

[1] All page references herein are to page numbers inserted by the CM/ECF system.

[2] The parties shall supplement discovery disclosures or responses in accordance with Federal Rule of Civil Procedure 26(e).

| | |
|---|---|
| Contentions of Fact/Law | October 20, 2026 |
| Pretrial Exhibit Stipulation | October 20, 2026 |
| Joint Exhibit List | October 20, 2026 |
| Witness Lists & Joint Trial Witness Time Estimate Form | October 20, 2026 |
| Agreed Statement of the Case | October 20, 2026 |
| Proposed Voir Dire Questions | October 20, 2026 |
| Joint Statement of Jury Instructions & Joint Statement of Disputed Instructions | October 20, 2026 |
| Verdict Forms | October 20, 2026 |

The parties shall comply with the Court's Scheduling and Case Management Order [Doc. # 75], except to the extent modified herein.

**IT IS SO ORDERED.**