**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CHRISTY PALMER, et al.,

Plaintiffs,

v.

COGNIZANT TECHNOLOGY SOLUTIONS CORP., et al.,

Defendants.

Case No. CV 17-6848 DMG (Ex)

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF SPECIAL MASTER [761]**

Pursuant to Federal Rule of Civil Procedure 53 and this Court's Order Appointing the Honorable Michael R. Wilner (United States Magistrate Judge, Ret.) as Special Master [Doc. # 756], the Court has reviewed the Special Master's September 14, 2026 Report and Recommendation and accompanying exhibits ("the Report") [Doc. # 761]. No party has filed an objection to the Report, and the time to do so has passed. [Doc. # 756 ¶ 10.] The Court accepts the Special Master's Report and adopts it as its own findings and conclusions. Additionally, the Court approves the attached notice documentation as recommended. *See* Doc. ## 761-1 (notice to class members), 761-2 (claim form), 761-3 (class notice plan).

Consistent with the Phase Two Class Notice Plan, the Phase Two Class Notice shall be distributed within 60 days of the date of this Order.

**IT IS SO ORDERED.**

DATED: October 13, 2026

DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE